CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Arturo Zavaleta

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>ARTURO ZAVALETA,<br><br>      Defendant. | Case No.: 19-cr-110 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING PRELIMINARY HEARING, AND EXCLUDING TIME<br><br>DATE:  June 25, 2019<br>TIME:   2:00 p.m.<br>JUDGE:  Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Arturo Zavaleta, that the preliminary hearing scheduled for June 25, 2019, at 2:00 p.m., be vacated and the matter continued to this Court's criminal calendar on June 26, 2019, at 2:00 p.m., for arraignment on the Indictment.

Counsel for Mr. Zavaleta will be unavailable for the currently scheduled hearing due to a previously-scheduled hearing in Sacramento County Superior Court.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the

defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     June 24, 2019          /S/    Jason Hitt_____
                                  JASON HITT
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  /S/    Clemente M. Jiménez_____
                                  CLEMENTE M. JIMÉNEZ
                                  Attorney for Arturo Zavaleta


**ORDER**

IT IS SO ORDERED, that the preliminary hearing in the above-entitled matter, scheduled for June 25, 2019, at 2:00 p.m., be vacated and the matter continued to June 26, 2019, at 2:00 p.m., for arraignment. The Court finds that time under the Speedy Trial Act be excluded from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

Dated:  June 24, 2019

                                  _____
                                  CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE